Argued June 21, reversed and remanded with instructions June 27, 1978

ALOHA CHURCH OF GOD, *Appellant,*
*v.*
BOARD OF COUNTY COMMISSIONERS,
WASHINGTON COUNTY et al, *Respondents.*
(No. 36-991, CA 9598)
580 P2d 218

James W. Walker, Portland, argued the cause and filed the brief for appellant.

John M. Junkin, Assistant County Counsel, Hillsboro, argued the cause and filed the brief for respondents.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

## PER CURIAM.

Reversed and remanded with instructions to remand to the Board of County Commissioners of Washington County for the entry of an order which conforms to the requirements of *Home Plate, Inc. v. OLCC,* 20 Or App 188, 530 P2d 862 (1975).